463 A.2d 24

Commonwealth v. DeMarco, Appellant.

Petition for Allowance of Appeal Denied Sept. 30, 1983.

Argued March 1, 1983. Richard M. Heller, for appellant; Vram Nedurian, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., CAVANAUGH and WIEAND, JJ.

Judgment of sentence affirmed.

CAVANAUGH, J., filed a memorandum dissenting statement.